FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Garcia, Arleen Daday <br><br> Defendant. | Case No.: SA 10-474 M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __S. D. Cal.__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __conduct in not complying with supervision conditions and absconding from supervision; substance abuse, mental health history__

1  prior revocation of supervised release for
2  inter alia absconding from supervision; probation
3  and/or  violation history

4  B. (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on  underlying offense; criminal
8  history record, incl mutiple convs for drug-related
9  offenses; probation violation history

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: 11/22/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE